```
IN THE UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF ARKANSAS
          FORT SMITH DIVISION
```

**CDX GAS, LLC**                                                                    PLAINTIFF

        v.        Civil No. 09-2135

**ANADARKO PETROLEUM CORPORATION;
ANDROMEDA PARTNERS, LIMITED
PARTNERSHIP; JACK R. CRISSUP and
DEBORAH M. CRISSUP; REAM INTERESTS,
INC. ("GAS OWNERS"); and HEIDTMAN
MINING, LLC ("COAL OWNER")**                                                        DEFENDANTS

## O R D E R

Now on this 19th day of January, 2010, comes on for consideration plaintiff's **Motion For Substitution Of Party** (document #14), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that the Clerk of Court substitute EnerVest Operating, LLC, for CDX Gas, LLC, as the plaintiff in this case, and further, show C. Michael Daily as attorney for the substituted plaintiff.

**IT IS SO ORDERED.**

                                                    **/s/ Jimm Larry Hendren**
                                                    **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**