```
       IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

ENERVEST OPERATING, LLC                                         PLAINTIFF

       v.            Civil No. 09-2135

ANADARKO PETROLEUM CORPORATION,
ANDROMEDA PARTNERS, LIMITED
PARTENRSHIP, JACK R. CRISSUP
and DEBORAH M. CRISSUP, REAM
INTERESTS, INC. ("GAS OWNERS")
and HEIDTMAN MINING, LLC ("COAL
OWNER")                                                         DEFENDANTS

       and

SHRIRAM SEBASTIAN, LLC                                          INTERVENOR

## O R D E R

Now on this 19th day of October, 2010, come on for consideration the **Amended Joint Motion To Dismiss And For Partial Disbursement Of Funds Held In The Registry Of The Court** filed by Heidtman Mining, LLC; Anadarko Petroleum Corporation; Andromeda Partners, Limited Partnership; Jack R. Crissup and Deborah M. Crissup; and Ream Interests, Inc. (document #38), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted.**

**IT IS THEREFORE ORDERED** that the Clerk of Court make the following disbursements from funds held in the Registry of the Court in this case:

    To Heidtman Mining, LLC, $226,948.11;

    To Anadarko Petroleum Corporation, $210,737.53;

    To Andromeda Partners, Limited Partnership, $127,400.53;

  To Ream Interests,Inc., $66,733.41; and

  To Jack R. Crissup and Deborah M. Crissup, $16,603.58,

for a total disbursement of $648,423.16.

  Each check is to be mailed to the attorney for its respective payee(s).

  **IT IS FURTHER ORDERED** that all claims as between Heidtman Mining, LLC, on the one hand, and Anadarko Petroleum Corporation; Andromeda Partners, Limited Partnership; Jack R. Crissup and Deborah M. Crissup; and Ream Interests, Inc., on the other, are hereby **dismissed with prejudice**.

  **IT IS FURTHER ORDERED** that all claims as between Shriram Sebastian, LLC, on the one hand, and Anadarko Petroleum Corporation; Andromeda Partners, Limited Partnership; Jack R. Crissup and Deborah M. Crissup; and Ream Interests, Inc., on the other, remain scheduled for trial on January 20, 2011.

  **IT IS SO ORDERED.**

            /s/ Jimm Larry Hendren
            **JIMM LARRY HENDREN**
            **UNITED STATES DISTRICT JUDGE**