```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                        FORT SMITH DIVISION
```

**ENERVEST OPERATING, LLC**                                              PLAINTIFF

       v.        Civil No. 09-2135

**ANADARKO PETROLEUM CORPORATION,
ANDROMEDA PARTNERS, LIMITED
PARTNERSHIP, JACK R. CRISSUP
and DEBORAH M. CRISSUP, REAM
INTERESTS, INC. ("GAS OWNERS")
and HEIDTMAN MINING, LLC ("COAL
OWNER")**                                                                 DEFENDANTS

       and

**SHRIRAM SEBASTIAN, LLC**                                                 INTERVENOR

## O R D E R

Now on this 3rd day of January, 2011, comes on for consideration the parties' **Joint Motion To Cancel Trial Date, Set Briefing Schedule, And Request For Oral Argument** (document #42), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that the bench trial currently scheduled for January 20, 2011, is cancelled.

**IT IS FURTHER ORDERED** that the parties submit simultaneous briefs in support of their respective positions on or before January 20, 2011, and simultaneous responses on or before February 3, 2011.

**IT IS FURTHER ORDERED** that oral argument is scheduled for 9 a.m., Monday, March 7, 2011, in the Isaac C. Parker Federal Building, South 6th Street and Rogers Avenue, Fort Smith, Arkansas.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE