```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

ENERVEST OPERATING, LLC                                    PLAINTIFF

v.                           No. 2:09-CV-02135

ANADARKO PETROLEUM CORPORATION,
ANDROMEDA PARTNERS, LIMITED
PARTNERSHIP, JACK R. CRISSUP
DEBORAH M. CRISSUP, and REAM
INTERESTS, INC. ("GAS OWNERS")
and HEIDTMAN MINING, LLC ("COAL
OWNER")                                                    DEFENDANTS

         and

SEBASTIAN MINING, LLC ("COAL OWNER")                       INTERVENOR

## JUDGMENT AND ORDER

For the reasons reflected in the Court's Memorandum Opinion and Order entered this same date, it is the final judgment of the Court that Gas Owner Defendants Anadarko Petroleum Corporation, Andromeda Partners, Limited Partnership, Jack R. and Deborah M. Crissup, and Ream Interests, Inc. own the rights to coalbed methane gas underlying the lands at issue in this case.

The Clerk of the Court is hereby ordered to disburse to Gas Owner Defendants Anadarko Petroleum Corporation, Andromeda Partners, Limited Partnership, Jack R. Crissup, Deborah M. Crissup, and Ream Interests, Inc. the remaining interpled funds deposited with the Registry of the Court in the instant matter, totaling $43,232.87, plus ninety percent (90%) of any interest that has accrued. The Clerk is directed to make such disbursement to each of the above-listed parties in accordance with their respective

ownership interests in the deposited royalties. The above-listed parties, either individually or through their counsel of record, are directed to provide to the clerk an accounting of their respective ownership interests. The Clerk shall collect the Registry Fee of ten percent (10%) of the interest earned on the deposit in accordance with Local Rule 67.1(m). All parties are to bear their own costs and fees.

It is so ADJUDGED and ORDERED this 31st day of March 2011.

/s/ *Paul K. Holmes, III*
**Paul K. Holmes, III**
**United States District Judge**